BTXN 138 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
Waggoner Cattle, LLC

§
§
§   Case No.: 18–20126–rlj11
Debtor(s)   §   Chapter No.: 11
§
Lone Star State Bank of West Texas   §
Plaintiff(s)   §   Adversary No.: 18–02007–rlj
vs.   §
Rabo Agrifinance, LLC et al.   §   Civil Case No.:   2:19–cv–00098–Z
Defendant(s)   §
§
§
Appellant(s)   §
vs.   §
§
Appellee(s)   §
§
§

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. – DNC Case) **NOTE**: A Status Conference has been set for at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.
- ☑ One copy of:  RECOMMENDATION ON DEFENDANTS MOTION TO DISMISS .

**TO ALL ATTORNEYS:** Fed.R.Bankr.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.

DATED:  2/6/20

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/S Longoria, Deputy Clerk