U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 30 2020
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LONE STAR BANK OF WEST TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:19-CV-098-Z |
| | § | (Adversary No. 18-2007-RLJ) |
| RABO AGSERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On September 26, 2019 and February 6, 2020, the Bankruptcy Judge filed his Reports and Recommendations regarding Plaintiff Lone Star's Motion to Dismiss Defendant's Counterclaims (ECF No. 5) and Defendant Rabo's Motion to Dismiss (ECF No. 6). The parties had fourteen days to serve and file written objections to the Reports and Recommendations. FED. R. BANKR. P. 9033(b). Because neither party did so, the Court is not required to conduct a de novo review. *Id.* 9033(d); 28 U.S.C. § 157(c)(1). Rather, the Court reviews the Reports to determine whether they are clearly erroneous or contrary to law. *Chacon Farias v. RREF CB SBL Acquisitions, LLC*, No. SA-15-CA-1115-FB, 2016 WL 11586122, at *2 (W.D Tex. July 13, 2016) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)). The Court, having independently reviewed the motions and the record, finds the Reports and Recommendations (ECF Nos. 5-6) should be ADOPTED in their entirety. Accordingly, the motions to dismiss are DENIED.

**SO ORDERED.**

October 30, 2020.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE