IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| LONE STAR BANK OF WEST TEXAS, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> RABO AGRIFINANCE, LLC, *et al.*, § <br> § <br> Defendants. § | 2:19-CV-098-Z <br> (Adversary No. 18-2007-RLJ) |

## ORDER AMENDING CASE CAPTION

The Court, on its own Motion, hereby DIRECTS the Clerk of Court to amend the caption of the case to conform with the listing of the parties above to correct a scrivener's error in the name of Defendant Rabo Agrifinance, LLC.

**SO ORDERED**.

November 2, 2020.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE